IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

YVETTE LEE for
J.L.                                                                    PLAINTIFF

v.                          Civil No. 06- 1054

Commissioner, Social
Security Administration                                        DEFENDANT

## O R D E R

Plaintiff has submitted a complaint for filing in this district, together with a request for

leave to proceed *in forma pauperis*.

After review, it is found that plaintiff is unable to pay for the costs for commencement

of suit, and accordingly,

IT IS HEREBY ORDERED that plaintiff's motion for leave to proceed *in forma pauperis*

is granted. The clerk is hereby directed to file the complaint. Additionally, the court hereby

directs that a copy of the complaint filed herein, along with a copy of this order, be served by the

plaintiff by certified mail, return receipt requested, on the defendant, Jo Anne B. Barnhart,

Commissioner, Social Security Administration, Alberto Gonzales, U.S. Attorney General, and

Mark Webb, Assistant U.S. Attorney, without prepayment of fees and costs or security therefor.

The defendant is ordered to answer within sixty (60) days from the date of service.

IT IS SO ORDERED THIS 1ST DAY OF JUNE 2006.

DISTRICT COU
..N DISTRICT ARK..
FILED
JUN 1 2006
CHRIS R. JOHNSON, C

_____
HON. BOBBY E. SHEPHERD
UNITED STATES MAGISTRATE JUDGE