IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

YVETTE LEE o/b/o
JESSICA LEE                                                                                    PLAINTIFF

      v.                      Civil No. 06-1056

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                        DEFENDANT

## JUDGMENT

Comes now the Court on this 21st day of August, 2006, in accordance with the Memorandum and Order filed in the above styled case on today's date, and hereby considers, orders and adjudges that the Defendant's Motion To Remand is granted (Doc. #5), and this matter is remanded to the Commissioner of the Social Security Administration, pursuant to **sentence six**, *42 U.S.C. § 405(g),* and the Commissioner is directed to conduct a *de novo* administrative hearing **within 90 days** from the date the Memorandum and Order, and Judgment herein, is entered.

      IT IS SO ORDERED.

      /s/ Bobby E. Shepherd
      HONORABLE BOBBY E. SHEPHERD
      UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)